IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  23-cr-127 MJD/ECW |
| | ) | Date:  April 14, 2023 |
| Shane Jameal Jackson, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  9E |
| Defendant, | ) | Time Commenced:  1:41 p.m. |
| | | Time Concluded:  1:48 p.m |
| | | Time in Court:  7 minutes |

APPEARANCES:

Plaintiff: Nate Nelson, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
    X FPD          X To be appointed

Date Charges Filed: 4/13/2023        Offense:   Felon in possession of a firearm

X Advised of Rights

on     X Indictment

X Defendant detained, government to submit proposed order.

Next appearance date is Wednesday April 19, 2023 at 10:00 a.m. before U.S. Magistrate Judge Dulce J. Foster in CR 8E MPLS for:
    x Arraignment hrg

X Detention hearing waived

X Government moves to unseal the case.        X Granted

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

_s/aln_____
Signature of Courtroom Deputy